| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON<br>AT SEATTLE | |
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>JOHN RAYMOND SALVATOR BEZEREDI,<br><br>Defendant,<br><br>And<br><br>BANK OF AMERICA, N.A.<br><br>Garnishee. | CASE NO. C05-1739 MJP<br><br>ORDER DENYING MOTION FOR A WRIT OF CONTINUING GARNISHMENT |

This matter comes before the Court upon Plaintiff's Application for Writ of Continuing Garnishment (Dkt. No. 29). Finding that Plaintiff failed to provide a supporting declaration with its application or provide any evidentiary basis for it request, which comes 14 years after the Court's final Judgment was entered, the Court DENIES the Request.

The clerk is ordered to provide copies of this order to all counsel.

Dated April 30, 2021.

Marsha J. Pechman
United States Senior District Judge